# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-23-00050-CV

**Central Texas Medical Specialists, PLLC, Appellant**

**v.**

**Dr. Stephen Brown, Dr. Douglas Rivera, and Frost Bank, Appellees**

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-006668, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was abated for sixty days because of ongoing proceedings in the trial court. Appellant Central Texas Medical Specialists, PLLC has filed an unopposed motion to dismiss this appeal. Accordingly, we reinstate the appeal, grant appellant's motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1.

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed on Appellant's Motion

Filed: June 14, 2023